**DISMISS and Opinion Filed June 28, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00144-CV**

**MICHAEL ANTONELLI AND DNA HEALTH, LLC, Appellant**

**V.**

**BIOTE MEDICAL, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-16103**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Goldstein

Before the Court is the parties' joint motion to dismiss the appeal as they have settled their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220114F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL ANTONELLI AND
DNA HEALTH, LLC, Appellants

No. 05-22-00144-CV     V.

BIOTE MEDICAL, LLC, Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-16103.
Opinion delivered by Justice
Goldstein. Justices Myers and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee BIOTE MEDICAL, LLC recover its costs of this appeal from appellants MICHAEL ANTONELLI AND DNA HEALTH, LLC.

Judgment entered June 28, 2022